# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**TEREZ L. COOK,**

    **Petitioner,**

    v.                                                                       Case No. 13-CV-989

**WILLIAM POLLARD,**

    **Respondent.**

## ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION

On May 17, 2018, judgment was entered dismissing Terez L. Cook's petition for writ of habeas corpus. (Docket # 76.) Presently before me is Cook's motion for reconsideration pursuant to Fed. R. Civ. P. 59(e). (Docket # 82.)

Fed. R. Civ. P. 59(e) allows a party to move the court for reconsideration of a judgment within 28 days following the entry of the judgment. A motion for reconsideration serves a very limited purpose in federal civil litigation; it should be used only "to correct manifest errors of law or fact or to present newly discovered evidence." *Rothwell Cotton Co. v. Rosenthal & Co.*, 827 F.2d 246, 251 (7th Cir. 1987) (quoting *Keene Corp. v. Int'l Fidelity Ins. Co.*, 561 F. Supp. 656 (N.D. Ill. 1982), *aff'd* 736 F.2d 388 (7th Cir. 1984)). "A 'manifest error' is not demonstrated by the disappointment of the losing party. It is the 'wholesale disregard, misapplication, or failure to recognize controlling precedent.'" *Oto v. Metropolitan Life Ins. Co.*, 224 F.3d 601, 606 (7th Cir. 2000) (quoting *Sedrak v. Callahan*, 987 F.Supp. 1063, 1069 (N.D. Ill. 1997)). Apart from manifest errors of law, "reconsideration is not for rehashing previously rejected arguments." *Caisse Nationale de Credit Agricole v. CBI*

*Industries, Inc.*, 90 F.3d 1264, 1270 (7th Cir. 1996). Whether to grant a motion for reconsideration "is left to the discretion of the district court." *Id.*

In this case, Cook has not shown a manifest error of law and has not presented newly discovered evidence to support his motion. Rather, Cook restates the same arguments which I previously rejected. Cook's motion for reconsideration is therefore denied.

**ORDER**

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the petitioner's Motion for Reconsideration (Docket # 82) is **DENIED**.

Dated at Milwaukee, Wisconsin this 8th day of June, 2018.

BY THE COURT

*s/ Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge